IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| ERIN BRADFORD | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 2:16-CV-02933 |
| | § | |
| | § | |
| | § | Magistrate Judge |
| TELERECOVERY; and | § | Janis vanMeerveld |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC | § | District Judge |
| | § | Nannette Brown |
| | § | |
| | § | Demand for Jury Trial |
| | § | |
| Defendants | § | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, to file this Notice, and in support would show as follows.

1. Plaintiff is filing this notice to inform this Court that **Plaintiff has settled their claim with Experian Information Solutions, Inc. only**.

2. The parties anticipate that it will take no longer than thirty (30) days to finalize all of the documentation required to terminate this litigation and have an agreed Stipulation of Dismissal filed dismissing **Experian Information Solutions, Inc.**

3. Plaintiff's case against **ALL REMAINING DEFENDANTS** is still open, active and ongoing and **has not** been settled.

1

                              Respectfully submitted,

                             /s/ *Jonathan Raburn*
                            Jonathan Raburn
                            LA Bar Roll No. 28728
                            The Raburn Law Firm, LLC
                            301 N. Main Street, Suite 2200
                            Baton Rouge, LA 70825
                            Jonathan@geauxlaw.com
                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

Date Signed this the 20th day of October, 2016

                             /s/ *Jonathan Raburn*
                            Jonathan Raburn
                            LA Bar Roll No. 28728
                            The Raburn Law Firm, LLC
                            301 N. Main Street, Suite 2200
                            Baton Rouge, LA 70825
                            Jonathan@geauxlaw.com
                            Attorney for Plaintiff