UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ERIN BRADFORD**                        CIVIL ACTION

**VERSUS**                               NO. 16-2933

**TELERECOVERY, et al.**                 SECTION: "G"(1)

### DEFAULT JUDGMENT

In accordance with the Court's written Order filed herein;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff and against Defendant Telerecovery, in the amount of $1,012.00 in damages and $420.00 in costs, as well as interest according to law from the date of this judgment until the entire amount is paid.

**NEW ORLEANS, LOUISIANA**, this __14th__ day of June, 2017.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

1