UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIN BRADFORD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-2933** |
| **TELERECOVERY, et al.** | **SECTION: "G"(1)** |

## DEFAULT JUDGMENT

In accordance with the Court's written Order filed herein;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff and against Defendant Telerecovery, in the amount of $1,012.00 in damages and $420.00 in costs, as well as interest according to law from the date of this judgment until the entire amount is paid.

**NEW ORLEANS, LOUISIANA**, this __14th__ day of June, 2017.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

1